Esther Tendo Atam
13621 Arcturus Ave.
Gardena, CA 90249
Natashchan1@yahoo.com
Plaintiff in Pro Per



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER TENDO ATAM,<br>   *Plaintiff*<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN INC., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, GILLIAN FRIEDMAN, LORETTA MELBY, THE BOARD OF REGISTERED NURSING, AND GARY CARLIN<br><br>   *Defendants* | Case No.: CV24-5862<br><br>**PLAINTIFF ESTHER TENDO ATAM'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT GARY CARLIN'S ANSWER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF [YOUR NAME]; REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: December 9, 2024<br>TIME: 10:30 AM<br>DEPARTMENT: 8A, 8th Floor<br><br>Judge: Josephine L. Staton |