# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER TENDO ATAM,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN INC., *et al.*,<br><br>　　　　　Defendants. | Case No. CV 24-5862-KK (AGR)<br><br>**SCHEDULING ORDER** |

　　　This case has been referred to Magistrate Judge Alicia G. Rosenberg for pre-trial proceedings.  Future pleadings shall be addressed to Karl Lozada, Clerk to Magistrate Judge Rosenberg, United States Courthouse, 255 E. Temple Street, Los Angeles, California 90012.

　　　I.　　Pro Se Clinic

　　Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  Pro se litigants must call or submit an on-line application to request services as

follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

II. Case Schedule

After considering the parties' written submissions and discussion at the scheduling conference, the Court set the following schedule:

1. Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) shall be served by **January 6, 2025**.

2. Last day to file a motion to amend pleadings and/or add parties is **January 6, 2025.**

3. Last day to complete fact discovery (non-expert discovery) is **June 30, 2025.** This is not the last to day to serve discovery requests. Instead, this is the last day to complete discovery. Any motion challenging the adequacy of discovery responses must be filed, served, and calendared sufficiently in advance of the discovery cut-off date so that the hearing on such motion takes place before that date. To provide further guidance to the parties, the Court notes the following:

    a. A party typically has 30 days to respond after service of a written discovery request such as requests for production of documents (Fed. R. Civ. P. 34), interrogatories (Fed. R. Civ. P. 33), or requests for admission (Fed. R. Civ. P. 36). (For computation of time including service by mailing, please see Fed. R. Civ. P. 6.) A notice of deposition to a party requires reasonable written notice to every other party. (Fed. R. Civ. P. 30(b)(1); *see* Fed. R. Civ. P. 45 for rules regarding discovery requests to third parties.)

    b. Whenever possible, the Court expects the parties to resolve discovery issues among themselves in a courteous, reasonable and professional manner. If they do so, resort to the Court is seldom necessary. **Before filing a**

*discovery motion, counsel for the parties (including a party appearing pro se) to the discovery dispute must confer in a good faith effort to eliminate or narrow the dispute. If the dispute cannot be resolved informally, the parties must follow the procedures on Judge Rosenberg's procedures page on the court's website prior to filing a discovery motion.*

    4. Expert discovery shall be completed according to the following schedule:

    ***July 14, 2025***    Initial expert disclosures must be made (*see* Fed. R. Civ. P. 26(a)(2))

    ***August 13, 2025***  Rebuttal expert disclosures must be made

    ***August 29, 2025***  Expert discovery cut-off date

    5. Last day to file motions for summary judgment, summary adjudication, or other dispositive motions is **September 30, 2025**.

    6. Last day to conduct settlement conference is **November 21, 2025**. The parties have elected to proceed before a magistrate judge. The parties are ordered to contact the Courtroom Clerk, Mr. Lozada, at least 30 days before the deadline to schedule a settlement conference.

    **IT IS SO ORDERED.**

DATED: November 8, 2024

                                               ALICIA G. ROSENBERG
                                     UNITED STATES MAGISTRATE JUDGE