**LAW OFFICES OF GARY R. CARLIN, APC**
MICHAEL DEVEREUX (*of counsel*) SBN 225240
michael.s@garycarlinlaw.com
WILLIAM WELDEN SBN 117056
william@garycarlinlaw.com
GARY R. CARLIN SBN 44945
gary@garycarlinlaw.com
301 East Ocean Blvd., Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656

Attorneys for Defendant GARY RICHARD CARLIN, ESQ.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTHER TENDO ATAM,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, GILLIAN FRIEDMAN, LORETTA MELBY, THE BOARD OF REGISTERED NURSING, AND GARY CARLIN,<br><br>Defendants. | Case No. 2:24-cv-05862-KK-AGR<br><br>MOTION FOR RESTRAINING ORDER AGAINST PLAINTIFF ESTHER TENDO ATAM; DECLARATION OF MICHAEL DEVEREUX; EXHIBITS; [PROPOSED[ ORDER<br><br>Action Filed: July 10, 2024 |

**COMES NOW** the Defendant, Gary Carlin, by and through undersigned counsel, and hereby moves this Honorable Court for a Restraining Order against Plaintiff, Esther Tendo Atam, and in support thereof states as follows.  This motion shall be based on the accompanying memorandum of points and authorities, any Request for Judicial Notice, all pleadings and papers in the court's files in this action, and upon such other evidence and argument as may be presented.

**Introduction**

Gary Carlin ("Carlin') and the Law Offices of Gary R. Carlin ("Law Office"), faces immediate and irreparable injury, loss, or damage due to the ongoing harassment and vexatious litigation initiated by Plaintiff Esther Tendo Atam ("Plaintiff"). Plaintiff, identified as a vexatious litigant in California state courts,[1] has filed a frivolous lawsuit in federal court against Carlin, among others, seemingly to circumvent state court restrictions. The underlying lawsuit, based upon meritless claims and fueled by a campaign of harassment, inflicts significant harm on Defendant Carlin and, by extension, to the Law Office, which Gary Carlin owns, operates, manages and retains as his counsel. This brief will demonstrate the immediate and irreparable nature of the harm suffered by Defendant Carlin and the Law Office.

**Factual and Procedural Background**

1. This case arises out of a previous, brief representation.

2. Plaintiff initiated this action on July 10, 2024.

3. Since the commencement of this litigation, Plaintiff Atam has engaged in a pattern of harassing, abusive, and threatening communications directed towards Plaintiff's counsel and other parties involved in this case. *See Exhibits.*

---

[1] California Courts, *Vexatious Litigant List*, Judicial Council of California, November 1, 2024, at 3, <https://www.courts.ca.gov/documents/vexlit.pdf>

- 2 -
MOTION FOR RESTRAINING ORDER

4. These communications include vulgar and obscene language, personal attacks, and disturbing predictions of death and harm. *See Exhibits.*

5. In the most recent email to Defendant Carlin after the filing for Rule 11 sanctions, Plaintiff Atam emailed a death threat to an attorney at the Law Office, stating, "you can *die* Michael, and I will stay alive, healthy, happy and at peace." *See Exhibit A.*

6. In an earlier email, Plaintiff Atam has made explicit death threats against at least one attorney involved in this case, stating, "Jamil, you are going to die. You will not live past July 7, 2025." *See Exhibit B.*

7. Plaintiff Atam has also made threats of mental harm against another attorney, stating, "you will experience the same mental torment…and it will fragment your soul."

8. These communications have been made via email and have been sent to multiple recipients, including attorneys, paralegals, and government officials.

9. Plaintiff Atam's behavior has created a hostile and unsafe environment for all parties involved in this litigation. *See Exhibits.*

10. Plaintiff Atam's conduct is not protected by the First Amendment and constitutes harassment and threats.

11. Plaintiff Atam's conduct has caused unnecessary delay and expense in this litigation.

12. Plaintiff Atam's conduct is in bad faith and for the improper purpose of harassment.

13. Plaintiff Atam has been deemed a vexatious litigant in California state courts.

**Legal Basis**

Defendant Carlin seeks a restraining order pursuant to Fed.R.Civ.P. 65. Plaintiff Atam's conduct constitutes harassment and threats, warranting the protection of this Court.

Plaintiff's conduct demonstrates a clear pattern of harassment and bad faith litigation. The lawsuit itself, filed against Defendant Carlin after he briefly represented Plaintiff in a prior matter, alleges violations of Plaintiff's First Amendment rights and state constitutional claims. These claims lack any basis in law or fact, given Defendant Carlin's status as a private citizen and the limited nature of his prior interaction with Plaintiff. The timing of the lawsuit, following Defendant Carlin's withdrawal from representing Plaintiff, suggests retaliatory motives. Furthermore, Plaintiff's status as a vexatious litigant in California state courts underscores the frivolous nature of the federal lawsuit, which appears designed solely to circumvent state court restrictions and continue harassing Defendant Carlin.

The immediate and irreparable harm suffered by Defendant Carlin stems from the disruption and expense caused by Plaintiff's vexatious litigation. Defendant Carlin, and the Law Office, as Carlin's counsel, is forced to divert time, resources, and attention away from other legal matters to defend against Plaintiff's baseless claims. This diversion of resources creates a direct financial burden on Defendant Carlin, requiring both the law office and the defendant to expend funds on legal representation that would otherwise be allocated to its core business operations. Moreover, the ongoing harassment and reputational damage associated with the lawsuit creates an intangible but significant harm to Defendant Carlin's business interests.

The exhibits previously attached to Defendant Carlin's motion for Rule 11 sanctions[2] provide further evidence of Plaintiff's harassing behavior. The emails sent by Plaintiff to Defendant Carlin and others contain vulgar language, sexual innuendos, and even death threats.

This pattern of abusive communication demonstrates Plaintiff's intent to harass and intimidate Defendant Carlin, causing him significant emotional distress and further disrupting his ability to effectively represent other clientele. The ongoing nature of this harassment creates an immediate and irreparable harm, as it continues to inflict

---

[2] Now set for December 10, 2024 at 10:00 am in front of the Honorable Alicia G. Rosenberg

emotional and reputational damage on Defendant Carlin and, by extension, the Law Office.

Plaintiff's refusal to engage in good faith discussions regarding the Rule 11 sanctions further demonstrates her bad faith and intent to harass. Despite Defendant Carlin's attempts to resolve the matter amicably, Plaintiff responded with further vulgarity and refused to dismiss her frivolous claims. This intransigence underscores the irreparable nature of the harm suffered by Defendant Carlin, as it prolongs the litigation and exacerbates the associated costs and disruption.

**Relief Requested**

WHEREFORE, Defendant respectfully requests that this Court enter a Restraining Order against Plaintiff Esther Tendo Atam, ordering her to:

1. Cease all communication with Defendant Gary Carlin, his counsel, except through formal legal channels.

2. Refrain from making any further threats or harassing statements towards Defendant Carlin's counsel, the Law Office, or any other parties involved in this case.

3. Any other specific relief deemed necessary, limiting contact with the Law Office and its employees, prohibiting certain types of communication, including but not limited to, vulgar and obscene language, personal attacks, and predictions of death and harm.

Defendant Carlin further requests that the Court grant such other relief as it deems just and equitable.

**Conclusion**

Plaintiff's vexatious litigation and ongoing harassment campaign inflict immediate and irreparable injury, loss, or damage upon Defendant Carlin. The frivolous nature of the lawsuit, the diversion of resources, the reputational damage, and the emotional distress caused by Plaintiff's conduct constitute significant harm to Defendant Carlin's business interests. This action is necessary to protect Defendant Carlin from further harm and to deter Plaintiff's abusive litigation practices.

Dated: November 27, 2024               Respectfully Submitted,
                                       LAW OFFICES OF GARY R. CARLIN, APC


                                       By: /s/ Michael Devereux
                                          Michael Devereux (of counsel)
                                          Attorneys for Plaintiff
                                          Gary R. Carlin