**LAW OFFICES OF GARY R. CARLIN, APC**
MICHAEL DEVEREUX (*of counsel*) SBN 225240
michael.s@garycarlinlaw.com
WILLIAM WELDEN SBN 117056
william@garycarlinlaw.com
GARY R. CARLIN SBN 44945
gary@garycarlinlaw.com
301 East Ocean Blvd., Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656

Attorneys for Defendant GARY RICHARD CARLIN, ESQ.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ESTHER TENDO ATAM,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC. KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, GILLIAN FRIEDMAN, LORETTA MELBY, THE BOARD OF REGISTERED NURSING, AND GARY CARLIN,**<br><br>**Defendants.** | **Case No. 2:24-cv-05862-KK-AGR**<br><br>**DECLARATION OF MICHAEL DEVEREUX IN SUPPORT OF MOTION FOR RESTRAINING ORDER AGAINST PLAINTIFF ESTHER TENDO ATAM**<br><br>**Honorable Alicia G. Rosenberg**<br><br>**Action Filed: July 10, 2024** |

DECLARATION OF MICHAEL DEVEREUX

1. I am of counsel for the Law Offices of Gary R. Carlin, APC.  I am duly admitted to practice before the following United States District Courts: 1) the Central District of California; 2) the Eastern District of California; 3) the Southern District of California; 4) the Northern District of California; along 5) with the

Ninth Circuit Court of Appeals, and in all courts in the State of California. I have been practicing in the federal court system for over 20 years.

2. I have personal knowledge of the facts in this declaration. If called upon as a witness, I could and would competently testify to the contents hereof.

3. I am informed and believe that Plaintiff Esther Tendo Atam is deemed as a vexatious litigant in the California court system.

4. In addition, since the filing of the underlying complaint, Defendant Gary Carlin has continuously and systematically received many inappropriate and vulgar emails that on at least one occasion contained sexual images.

5. On the most recent occasion, it appears that Plaintiff emailed to me what I take to be a death threat.

6. It appears that Plaintiff is using this lawsuit for an improper purpose to harass Defendant Gary Carlin.

7. Exhibits A-C are true and accurate copies of emails received from the Plaintiff to Defendant Gary Carlin and to many members of his law office.

I declare the foregoing to be true and correct under the penalty of perjury.

EXECUTED on November 28, 2024, at Beverly Hills, California.



Michael Devereux