Outlook

Re: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

From natasha tendo <natashchan1@yahoo.com>
Date Tue 10/22/2024 6:49 PM
To  Brandon K. Franklin <bfranklin@seyfarth.com>; Karen Rodrigues <krodrigues@seyfarth.com>; Christian Rowley <crowley@seyfarth.com>; jblackwell@seyfarth.com <jblackwell@seyfarth.com>; ktruesdale@seyfarth.com <ktruesdale@seyfarth.com>; sfocalendar@seyfarth.com <sfocalendar@seyfarth.com>; shobrien@seyfarth.com <shobrien@seyfarth.com>; Gary Carlin <gary@garycarlinlaw.com>; Andrew Jimenez <andrewj@garycarlinlaw.com>; William B. Welden <bill@garycarlinlaw.com>; Jahaira Martinez <jahaira@garycarlinlaw.com>; Kathy Gurela <kathy@garycarlinlaw.com>; Vincent Jackson <Vincent@garycarlinlaw.com>; Bruce McGagin <bruce.mcgagin@doj.ca.gov>; Carrie Vue <carrie.vue@doj.ca.gov>; Jamil Ghannam <jamil.ghannam@doj.ca.gov>

I have sent out so many warnings and I understand I am not being taken seriously.

I have had multiple dreams about you Jamil and your death.

Please note that, the ability to have insight, or pre-cognition does not equate to a **death threat**....**as it is not a threat.**

I am simply sharing with you, to give you advance notice of what will happen.

I am stating this on here very clearly.

Jamil, you are going to die. **You will not live past July 7, 2025.**

I have not revealed any other deaths to anyone yet.

But you Jamil, I feel comfortable to tell you this information.

You can print this and show the judge and use this an exhibit, I don't care at all.

My prediction of your death has nothing to do directly with my case.

I am only the messenger.

This is where your clients have it twisted saying I have bizarre ideas about voodoo.

**You have barely 9 more months on this earth**.

**Now that I have actually said this, I can back off this 'emotional' email now.**

Esther Tendo Atam.


On Tuesday, October 22, 2024 at 02:58:38 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:


Please let the Kaiser clients know that they pretty much wasted their time and resources.

This case is bigger than their petty egos....LOL.

Esther Atam

On Tuesday, October 22, 2024 at 02:35:49 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Jamil,

You should have included all the email exchanges in your exhibits...LOL.

You show up in my dreams as a *big brown* dog that is **dying**.....

Sincerely,

Esther Atam

On Monday, October 21, 2024 at 07:17:14 AM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Michael,

Please kindly stop vying for attention. Our prior communications revealed your intent of being '***tied up***' and I expressly informed you that that I did not appreciate your kinky motives.

Sincerely,
Esther Atam

PS: with all due respect, I am of no threat to you as your testicles **appear** to be undescended. Please keep them to yourself. Thank you. If you peruse this further, you will explain to ***all*** how I know this personal defect about you.

On Friday, October 18, 2024 at 05:52:42 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Jamil,

You have roughly 15 people on here who will bear witness to the multiple warnings I put out to you.

I cannot save you, Jamil, I can only warn you.

***I understand you truly believe you are doing your job but, in my case, you have literally DUG your own literal GRAVE.***

You are working on *borrowed* time. What a waste.

I tried so very hard to warn you.

I had warned Kaiser and your clients from day one.

Esther Atam.


On Friday, October 18, 2024 at 01:21:36 PM PDT, Jamil Ghannam <jamil.ghannam@doj.ca.gov> wrote:

Good afternoon Ms. Atam.

I have reviewed the highlighted portion you have now included in the joint status report.

This material is not appropriate for the joint status report. The report is not the vehicle for you to plead and prove your claims, or to try and inject new allegations into the lawsuit that were never before pled. The additional items you placed in the joint status report should be removed, as they serve no purpose for the court in trying to issue an appropriate scheduling order in the case.

Please remove the additions you put into the report after I already gave you defendant BRN, Melby and Friedman's positions the matters required by the court for the joint status report. If the additions are not removed, you do not have consent to affix my e-signature to this draft of the report containing the objectionable content. Thank you Ms. Atam.

Jamil R. Ghannam
Deputy Attorney General
Office of the Attorney General
Tort & Condemnation Section
1300 I Street, 12th Floor
Sacramento, CA  95814
(916) 210-7674

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** natasha tendo <natashchan1@yahoo.com>
**Sent:** Friday, October 18, 2024 6:04 AM
**To:** Brandon K. Franklin <bfranklin@seyfarth.com>; Karen Rodrigues <krodrigues@seyfarth.com>; Christian Rowley <crowley@seyfarth.com>; jblackwell@seyfarth.com; ktruesdale@seyfarth.com; sfocalendar@seyfarth.com; shobrien@seyfarth.com; gary@garycarlinlaw.com; andrewj@garycarlinlaw.com; bill@garycarlinlaw.com; jahaira@garycarlinlaw.com; kathy@garycarlinlaw.com; vincent@garycarlinlaw.com; Bruce McGagin <Bruce.McGagin@doj.ca.gov>; Carrie Vue <Carrie.Vue@doj.ca.gov>; Jamil Ghannam <Jamil.Ghannam@doj.ca.gov>
**Subject:** Re: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Jamil,

as indicated yesterday, I have attached an **updated version** of the report and highlighted the update to make it easier to identify.

Please review and edit your input as per your discretion.

I have until **10/24** to file this.

Since you '*reported*' me to the judge that I called you a demon, kindly attach exhibits as well.

I would like to clarify and to the best of my knowledge, I believe that you are an '***empty vessel, void of any Divine light***' being used by a demon (s).  I only speak the truth as harsh as it may be.

Sincerely,

Esther Atam.

On Thursday, October 17, 2024 at 02:37:22 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Kaiser basically **owns** the state of California and has you in their pocket.

So, we are not about to pretend to be civil.

I would like to say FUCK you, but I won't.

Esther Atam

On Thursday, October 17, 2024 at 01:52:38 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Jamil,

You wrote about **6 lines**.

I will submit the updated version as intended and you can add to it or not.

You are not '**authorizing**' me to do anything.

I will continue to call your **bluff** which feels like warm stinky farts.

Esther Atam

PS: because the level of abuse is so extreme and demonic, no way I can address you with any civility....sorry not sorry.

On Thursday, October 17, 2024 at 09:20:49 AM PDT, Jamil Ghannam <jamil.ghannam@doj.ca.gov> wrote:

Ms. Atam.

I have reviewed your proposed joint status report to the court and am in the process of getting you input on the status report as to Defendants BRN, Melby and Friedman.

Thanks.

Jamil R. Ghannam

Deputy Attorney General

Office of the Attorney General

Tort & Condemnation Section

1300 I Street, 12th Floor

Sacramento, CA 95814

(916) 210-7674

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** natasha tendo <natashchan1@yahoo.com>
**Sent:** Monday, October 14, 2024 8:56 AM
**To:** Brandon K. Franklin <bfranklin@seyfarth.com>; Karen Rodrigues <krodrigues@seyfarth.com>; Christian Rowley <crowley@seyfarth.com>; jblackwell@seyfarth.com; ktruesdale@seyfarth.com; sfocalendar@seyfarth.com; shobrien@seyfarth.com; gary@garycarlinlaw.com; andrewj@garycarlinlaw.com; bill@garycarlinlaw.com; jahaira@garycarlinlaw.com; kathy@garycarlinlaw.com; vincent@garycarlinlaw.com; Jamil Ghannam <Jamil.Ghannam@doj.ca.gov>; Bruce McGagin <Bruce.McGagin@doj.ca.gov>; Carrie Vue <Carrie.Vue@doj.ca.gov>
**Subject:** Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

**Subject:** Meet and Confer: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

Dear Counsel,

As you know, the Court has ordered that we submit a **Joint Rule 26(f) Report** by **October 24, 2024**, ahead of the **Scheduling Conference on November 8, 2024**. In compliance with the Court's directive, I have prepared a draft of the report for your review and input.

Please note that the Court expects full cooperation from all parties in this process. I trust that you will provide your contributions promptly, and I look forward to receiving your revisions by **Monday, October 21, 2024**.

Should I not hear from you in a timely manner, I will be left with no choice but to proceed with the report reflecting only my position *and noting the absence of Defendants' input.*

Your cooperation—or lack thereof—will be documented accordingly.

Best regards,
Esther Tendo Atam

Natashchan1@yahoo.com

Plaintiff in Pro Per

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.