| | |
|---|---|
| **From:** | natasha tendo |
| **To:** | Brandon K. Franklin; Karen Rodrigues; Christian Rowley; jblackwell@seyfarth.com; ktruesdale@seyfarth.com; sfocalendar@seyfarth.com; shobrien@seyfarth.com; Gary Carlin; Andrew Jimenez; William B. Welden; Vincent Jackson; Bruce McGagin; Carrie Vue; Jamil Ghannam; Michael Devereux; Kathy Gurela; Marisol Garcia |
| **Subject:** | Re: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM |
| **Date:** | Wednesday, November 27, 2024 7:30:11 AM |

Michael,

***your white supremacist ass*** hailing at me from Beverly hills cannot understand how I am hailing back from '*under a bridge somewhere*'.... supposedly destitute from the trap put in place **to end my life**...

I am curious to know if you would like to trade places with me.....you can ***die*** Michael, and I will stay alive, healthy, happy and at peace.
I want to see you continue to attack me :)

God is watching you!

Esther Tendo Atam


Yahoo Mail: Search, Organize, Conquer

On Tue, Nov 26, 2024 at 1:07 PM, natasha tendo
<natashchan1@yahoo.com> wrote:

> Noted.
>
> On Tuesday, November 26, 2024 at 01:06:32 PM PST, Kathy Gurela <kathy@garycarlinlaw.com> wrote:
>
>
> Please remove *Jahaira@garycarlinlaw.com* from your list of emails.
>
> Please add '*marisol@garycarlnlaw.com*'
>
>
>
> Regards,
> Kathy Gurela
> Litigation Paralegal
>
>
> Law Offices of Gary R. Carlin, APC
> 301 East Ocean Blvd., Suite 1550
> Long Beach, California 90802
> T: (562) 432-8933
> F: (562) 435-1656
> Website: www.garycarlinlaw.com // Kathy@garycarlinlaw.com // Gary@garycarlinlaw.com
>
> **From:** natasha tendo <natashchan1@yahoo.com>
> **Sent:** Tuesday, November 26, 2024 12:39 PM

**To:** Brandon K. Franklin <bfranklin@seyfarth.com>; Karen Rodrigues <krodrigues@seyfarth.com>; Christian Rowley <crowley@seyfarth.com>; jblackwell@seyfarth.com <jblackwell@seyfarth.com>; ktruesdale@seyfarth.com <ktruesdale@seyfarth.com>; sfocalendar@seyfarth.com <sfocalendar@seyfarth.com>; shobrien@seyfarth.com <shobrien@seyfarth.com>; Gary Carlin <gary@garycarlinlaw.com>; Andrew Jimenez <andrewj@garycarlinlaw.com>; William B. Welden <bill@garycarlinlaw.com>; Jahaira Martinez <jahaira@garycarlinlaw.com>; Kathy Gurela <kathy@garycarlinlaw.com>; Vincent Jackson <Vincent@garycarlinlaw.com>; Bruce McGagin <bruce.mcgagin@doj.ca.gov>; Carrie Vue <carrie.vue@doj.ca.gov>; Jamil Ghannam <jamil.ghannam@doj.ca.gov>; Michael Devereux <Michael.S@garycarlinlaw.com>

**Subject:** Re: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

Dear Micheal,

I could not resist!

*I wanted to 'help you out' a bit*. Please kindly take a look at what you filed. There is a gaping discrepancy. Let me know if you see it :)

Have a blessed day!!

Esther Tendo Atam!

==NOTICE OF MOTION AND MOTION for Sanctions Plaintiff filed by Defendant Carlin Gary Carlin. Motion set for hearing on 12/10/2024 at 10:00 AM before Magistrate Judge Alicia G. Rosenberg. (Attachments: # [1](#) Declaration of Michael Devereux, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Proposed Order) (Carlin, Gary) (Entered: 11/26/2024)==

On Monday, November 4, 2024 at 07:56:17 AM PST, natasha tendo <natashchan1@yahoo.com> wrote:

Dearest Christian,

Please kindly note that your attached exhibits referencing your 'cock' does not comply with specific court directives for -  ***A Joint Rule 26(f) Report that is filed without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions***.

Have a great day and know that GOD and I are watching you!

Sincerely,
On Friday, November 1, 2024 at 05:57:54 AM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Dear Christain,

It appears you may be experiencing an ==**acute psychosis**== based on the ==**obscene, inappropriate, appalling, and highly vulgar material**== that you ==**photoshopped**== and included in your statement.

I have attached the same psychiatrist referral sent to me by Jamil's client.

I do hope you get some help Christian.

Warm regards,

Esther

On Tuesday, October 29, 2024 at 04:29:30 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Just a quick follow up to Carrie.

I am the correct '*target*' for you.

On Tuesday, October 29, 2024 at 04:23:52 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

This message is directed at Carrie Vue

Carrie, you are a Malignant narcissist, the most dangerous of your kind.

You don't just hurt others out of **anger** or **neglect**, but you actively seek to *destroy*, sometimes even pushing your '*victims'* to the brink of suicide purely for the *thrill* of it.

You see someone's suffering as entertainment, you feed off another's despair.

You have no limits, no line you won't cross and the more pain you can inflict, the more powerful that you feel.

You twist reality to tear down a person sense of self and isolate them from every source of support, leaving them feeling utterly TRAPPED and HOPELESS.

You run smear campaigns to ruin reputation, gaslight to make a '*victims'* doubt their sanity and create a web of lies that leaves your '*target*' questioning everything.

To you, pushing someone towards complete *emotional collapse*, isn't just game, it is a way to feel superior, untouchable and in control.

This level of cruelty is rare but incredibly real.

You are an EXPERTS at disguising your ABUSE, appearing calm and composed to everyone else while wreaking havoc in private.

Your lack of empathy is your pursuit of **DOMINANCE and** comes with a terrifying disregard for human life and wellbeing.

If you can drive someone to the edge and watch them '*break*', it is a victory in your eyes.

This is what makes you so INCREDIBLY dangerous.

Your actions aren't just harmful, they're calculated to destroy and the more DAMAGE you cause, the more satisfaction you feel.

For anyone entangled with you, the stakes are LIFE and DEATH.

On Saturday, October 26, 2024 at 01:56:22 AM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Christain,

I am well aware some of the tactic being used by you and your clients.

This will allow me to FULLY change the tenor of my email and essentially turn the tables on your clients and give them a taste of their own poison.

Every single response from me will be creatively spun to EXPOSE the tactics being used **by you Christian** and your clients.

I will meet you and your clients where you live, **in the gutters of Hell** and I will shatter AND destroy your client's **false reality**.

You are in for an enlightening ride with me.

I will stop these group / **covens** of individuals.

Me, myself, and I

- 1. Incredulity

Acting as though what someone said is unbelievable and therefore open to ridicule or dismissal

2. Ad hominem

From the Latin meaning "towards the man," this is an attempt to shift the conversation away from the topic at hand. If you bring up a topic that unsettles a narcissist, they may resort to name-calling, questioning your intelligence, or attacking your character.

3. The big lie

Another technique is spinning a lie so outrageous that it leaves others at a loss to know where to begin to refute it. Lying comes naturally to many narcissists, who are convinced that whatever they say in the moment is 100 percent true. They know that the bigger the lie, the more it may overwhelm others' critical faculties.

4. Intentional vagueness

They may say something so vague as to be meaningless or open to multiple interpretations. The vagueness distracts from others' legitimate concerns or questions.

5. **Slogans**

A slogan is a simplistic phrase that is a catch-all designed to shut down dissent. Narcissists often have pat phrases they employ when they feel threatened.

6. **Dehumanizing**

Classifying others as inferior, dangerous, or evil to justify demeaning or oppressing them. This ends-justifies-the-means tactic can be second nature for narcissists, who view most other people as inferior.

On Friday, October 25, 2024 at 03:59:17 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Dear Christian,

I appreciate our cordial back and forth on email, *just me and you*.

I am sorry. Did you say was I obscene?

I am wanting to clarify if you still feel that way.

Please kindly let me know, if I made feel small and insignificant.

Sincerely,

Esther.

On Friday, October 25, 2024 at 06:21:41 AM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Good morning, Christian!

# Christian, I cover you with the precious BLOOD of Jesus Christ and I will continue to do so every single day until we meet in court.

Please, I hope you do not find this to be *appalling*, *obscene*, *abusive* or *threatening*.

Have blessed day!

Esther Atam

PS: I will do this every single day.
On Thursday, October 24, 2024 at 07:00:17 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Christain, here is my statement to you.

You will not die, oh no, you will not die.

But you will experience the same mental torment that *these group* of defendants put me through, and *it will fragment your soul*.

It is not survivable, but you will not die.

Instead, you will suffer from schizophrenia, hearing voices, hallucination, etc.

There will be *no rational reasoning* or explanation how you suddenly became struck with full blown mental illness.

It is coming. I like to announce beforehand. You are FUCKED.

**Your timeline is March 30, 2025.**

Esther Tendo Atam

On Thursday, October 24, 2024 at 06:07:40 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:



I see you Christian. You believe you can *disciplin*e me? We shall see.

Let me just say this directly to you. You have put yourself Infront of a freight train. I am not sure what you expect????

Print this and bring to court.

Esther Tendo Atam.
On Tuesday, October 22, 2024 at 06:49:21 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

I have sent out so many warnings and I understand I am not being taken seriously.

I have had multiple dreams about you Jamil and your death.

Please note that, the ability to have insight, or pre-cognition does not equate to a ==death threat==....*as it is not a threat.*

I am simply sharing with you, to give you advance notice of what will happen.

I am stating this on here very clearly.

Jamil, you are going to die. ==You will not live past July 7, 2025.==

I have not revealed any other deaths to anyone yet.

But you Jamil, I feel comfortable to tell you this information.

**You can print this and show the judge and use this an exhibit, I don't care at all.**

My prediction of your death has nothing to do directly with my case.

I am only the messenger.

This is where your clients have it twisted saying I have bizarre ideas about voodoo.

*You have barely 9 more months on this earth.*

==*Now that I have actually said this, I can back off this 'emotional' email now.*==

Esther Tendo Atam.

On Tuesday, October 22, 2024 at 02:58:38 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Please let the Kaiser clients know that they pretty much wasted their time and resources.

This case is bigger than their petty egos....LOL.

Esther Atam

On Tuesday, October 22, 2024 at 02:35:49 PM PDT, natasha tendo <natashchan1@yahoo.com>

wrote:

Jamil,

You should have included all the email exchanges in your exhibits...LOL.

You show up in my dreams as a *big brown* dog that is **dying**.....

Sincerely,

Esther Atam

On Monday, October 21, 2024 at 07:17:14 AM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Michael,

Please kindly stop vying for attention. Our prior communications revealed your intent of being '**tied up**' and I expressly informed you that that I did not appreciate your kinky motives.

Sincerely,
Esther Atam

PS: with all due respect, I am of no threat to you as your *testicles* **appear** to be undescended. Please keep *them* to yourself. Thank you. If you peruse this further, you will explain to **all** how I know this personal *defect* about you.

On Friday, October 18, 2024 at 05:52:42 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Jamil,

You have roughly 15 people on here who will bear witness to the multiple warnings I put out to you.

I cannot save you, Jamil, I can only warn you.

*I understand you truly believe you are doing your job but, in my case, you have literally DUG your own literal GRAVE.*

You are working on *borrowed* time. What a waste.

I tried so very hard to warn you.

I had warned Kaiser and your clients from day one.

Esther Atam.

On Friday, October 18, 2024 at 01:21:36 PM PDT, Jamil Ghannam <jamil.ghannam@doj.ca.gov> wrote:

Good afternoon Ms. Atam.

I have reviewed the highlighted portion you have now included in the joint status report.

This material is not appropriate for the joint status report. The report is not the vehicle for you to plead and prove your claims, or to try and inject new allegations into the lawsuit that were never before pled. The additional items you placed in the joint status report should be removed, as they serve no purpose for the court in trying to issue an appropriate scheduling order in the case.

Please remove the additions you put into the report after I already gave you defendant BRN, Melby and Friedman's positions the matters required by the court for the joint status report. If the additions are not removed, you do not have consent to affix my e-signature to this draft of the report containing the objectionable content. Thank you Ms. Atam.

Jamil R. Ghannam

Deputy Attorney General

Office of the Attorney General

Tort & Condemnation Section

1300 I Street, 12th Floor

Sacramento, CA  95814

(916) 210-7674

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** natasha tendo <natashchan1@yahoo.com>
**Sent:** Friday, October 18, 2024 6:04 AM
**To:** Brandon K. Franklin <bfranklin@seyfarth.com>; Karen Rodrigues <krodrigues@seyfarth.com>; Christian Rowley <crowley@seyfarth.com>; jblackwell@seyfarth.com; ktruesdale@seyfarth.com; sfocalendar@seyfarth.com; shobrien@seyfarth.com; gary@garycarlinlaw.com; andrewj@garycarlinlaw.com; bill@garycarlinlaw.com; jahaira@garycarlinlaw.com; kathy@garycarlinlaw.com; vincent@garycarlinlaw.com; Bruce McGagin <Bruce.McGagin@doj.ca.gov>; Carrie Vue <Carrie.Vue@doj.ca.gov>; Jamil Ghannam <Jamil.Ghannam@doj.ca.gov>
**Subject:** Re: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open

attachments that appear suspicious.

Jamil,

as indicated yesterday, I have attached an **updated version** of the report and highlighted the update to make it easier to identify.

Please review and edit your input as per your discretion.

I have until **10/24** to file this.

Since you '*reported*' me to the judge that I called you a demon, kindly attach exhibits as well.

I would like to clarify and to the best of my knowledge, I believe that you are an '***empty vessel, void of any Divine light***' being used by a demon (s).  I only speak the truth as harsh as it may be.

Sincerely,

Esther Atam.

On Thursday, October 17, 2024 at 02:37:22 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Kaiser basically ***owns*** the state of California and has you in their pocket.

So, we are not about to pretend to be civil.

I would like to say FUCK you, but I won't.

Esther Atam

On Thursday, October 17, 2024 at 01:52:38 PM PDT, natasha tendo <natashchan1@yahoo.com> wrote:

Jamil,

You wrote about **6 lines**.

I will submit the updated version as intended and you can add to it or not.

You are not '**authorizing**' me to do anything.

I will continue to call your **bluff** which feels like warm stinky farts.

Esther Atam

PS: because the level of abuse is so extreme and demonic, no way I can address you with any civility....sorry not sorry.

On Thursday, October 17, 2024 at 09:20:49 AM PDT, Jamil Ghannam <jamil.ghannam@doj.ca.gov> wrote:

Ms. Atam.

I have reviewed your proposed joint status report to the court and am in the process of getting you input on the status report as to Defendants BRN, Melby and Friedman.

Thanks.

Jamil R. Ghannam

Deputy Attorney General

Office of the Attorney General

Tort & Condemnation Section

1300 I Street, 12th Floor

Sacramento, CA  95814

(916) 210-7674

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** natasha tendo <natashchan1@yahoo.com>
**Sent:** Monday, October 14, 2024 8:56 AM
**To:** Brandon K. Franklin <bfranklin@seyfarth.com>; Karen Rodrigues <krodrigues@seyfarth.com>; Christian Rowley <crowley@seyfarth.com>; jblackwell@seyfarth.com; ktruesdale@seyfarth.com; sfocalendar@seyfarth.com; shobrien@seyfarth.com; gary@garycarlinlaw.com; andrewj@garycarlinlaw.com; bill@garycarlinlaw.com; jahaira@garycarlinlaw.com; kathy@garycarlinlaw.com; vincent@garycarlinlaw.com; Jamil Ghannam <Jamil.Ghannam@doj.ca.gov>; Bruce McGagin <Bruce.McGagin@doj.ca.gov>; Carrie Vue <Carrie.Vue@doj.ca.gov>
**Subject:** Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

**Subject:** Meet and Confer: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM

Dear Counsel,

As you know, the Court has ordered that we submit a **Joint Rule 26(f) Report** by **October 24, 2024**, ahead of the **Scheduling Conference on November 8, 2024**. In compliance with the Court's directive, I have prepared a draft of the report for your review and input.

Please note that the Court expects full cooperation from all parties in this process. I trust that you will provide your contributions promptly, and I look forward to receiving your revisions by **Monday, October 21, 2024**.

Should I not hear from you in a timely manner, I will be left with no choice but to proceed with the report reflecting only my position *and noting the*

*absence of Defendants' input.*

Your cooperation—or lack thereof—will be documented accordingly.

Best regards,
Esther Tendo Atam

Natashchan1@yahoo.com

Plaintiff in Pro Per

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.