**LAW OFFICES OF GARY R. CARLIN, APC**
MICHAEL DEVEREUX (*of counsel*) SBN 225240
michael.s@garycarlinlaw.com
WILLIAM WELDEN SBN 117056
william@garycarlinlaw.com
GARY R. CARLIN SBN 44945
gary@garycarlinlaw.com
301 East Ocean Blvd., Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656

Attorneys for Defendant GARY RICHARD CARLIN, ESQ.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTHER TENDO ATAM,**<br><br>Plaintiff,<br><br>vs.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC. KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, GILLIAN FRIEDMAN, LORETTA MELBY, THE BOARD OF REGISTERED NURSING, AND GARY CARLIN,**<br><br>Defendants. | **Case No. 2:24-cv-05862-KK-AGR**<br><br>**[PROPOSED] ORDER RE: MOTION FOR RESTRAINING ORDER AGAINST PLAINTIFF ESTHER TENDO ATAM**<br><br>**Honorable Alicia G. Rosenberg**<br><br>**Action Filed: July 10, 2024** |

**FINDINGS OF FACT**

1. Plaintiff, Esther Tendo Atam, filed a complaint against Defendant, Gary Carlin, on July 10, 2024.

2. Defendant previously represented Plaintiff in a prior lawsuit.

3. Plaintiff has sent numerous emails to Defendant containing harassing and threatening language, including sexual innuendos and predictions of death.

4. Plaintiff's emails have caused Defendant significant emotional distress and concern for his safety.

5. Plaintiff's conduct appears to be an attempt to harass Defendant and needlessly increase the cost of litigation.

6. Plaintiff is listed as a vexatious litigant by the California Courts.

7. Defendant filed a Motion for Rule 11 Sanctions on November 26, 2024.

8. Defendant has attempted to confer with Plaintiff regarding the Rule 11 Sanctions.

9. Plaintiff has not withdrawn her complaint.

**CONCLUSIONS OF LAW**

1. The Court has jurisdiction over this matter.

2. Plaintiff's conduct constitutes harassment and poses a credible threat to Defendant's safety and well-being.

3. A restraining order is necessary to prevent further harassment and protect Defendant from potential harm.

4. Federal Rules of Civil Procedure 65 authorizes the Court to issue a restraining order to protect a party from harassment and threats.

///

///

///

**IT IS ORDERED**

Based on the foregoing Findings of Fact and Conclusions of Law, the Court hereby GRANTS Defendant Gary Carlin's Motion for a Restraining Order against Plaintiff Esther Tendo Atam.

**TERMS OF THE RESTRAINING ORDER**

1. **Prohibition of Contact:** Plaintiff Esther Tendo Atam is prohibited from contacting Defendant Gary Carlin, either directly or indirectly, including but not limited to in-person contact, telephone calls, emails, text messages, social media communications, or through third parties.

2. **Distance Restriction:** Plaintiff shall maintain a distance of at least 1000 feet from Defendant's residence, place of employment, and vehicle.

3. **Duration:** This Restraining Order shall remain in effect until further order of the Court.

4. **Service:** This Order shall be served on Plaintiff Esther Tendo Atam by _____.

5. **Enforcement:** Any violation of this Restraining Order may subject Plaintiff to contempt of court and further sanctions.

Dated: _____

Hon. Alicia G. Rosenberg
U.S. Magistrate Judge