**LAW OFFICES OF GARY R. CARLIN, APC**
MICHAEL DEVEREUX (*of counsel*) SBN 225240
michael.s@garycarlinlaw.com
WILLIAM WELDEN SBN 117056
william@garycarlinlaw.com
GARY R. CARLIN SBN 44945
gary@garycarlinlaw.com
301 East Ocean Blvd., Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656

Attorneys for Defendant GARY RICHARD CARLIN, ESQ.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ESTHER TENDO ATAM,**<br><br>Plaintiff,<br><br>vs.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC. KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, GILLIAN FRIEDMAN, LORETTA MELBY, THE BOARD OF REGISTERED NURSING, AND GARY CARLIN,**<br><br>Defendants. | Case No. 2:24-cv-05862-KK-AGR<br><br>**SUPPLEMENT DECLARATION IN SUPPORT OF MOTION FOR RESTRAINING ORDER AGAINST PLAINTIFF ESTHER TENDO ATAM; EXHIBIT**<br><br>**Honorable Alicia G. Rosenberg**<br><br>**Action Filed: July 10, 2024** |

DECLARATION OF MICHAEL DEVEREUX

1. I am of counsel for the Law Offices of Gary R. Carlin, APC.  I am duly admitted to practice before the following United States District Courts: 1) the Central District of California; 2) the Eastern District of California; 3) the Southern District of California; 4) the Northern District of California; along 5) with the

- 1 -
DECLARATION FOR RULE 11 SANCTIONS

Ninth Circuit Court of Appeals, and in all courts in the State of California. I have been practicing in the federal court system for over 20 years.

2. I have personal knowledge of the facts in this declaration. If called upon as a witness, I could and would competently testify to the contents hereof.

3. Attached is an accurate and true copy of an email sent from Plaintiff to Defendant's law firm on November 27, 2024 within minutes of Defendant's request for a restraining order.

4. Again the emails are continuous and systematic acts of harassment, that include death threats.

I declare the foregoing to be true and correct under the penalty of perjury.

EXECUTED on December 2, 2024, at Beverly Hills, California.



Michael Devereux