| **From:** | natasha tendo |
| **To:** | Brandon K. Franklin; Karen Rodrigues; Christian Rowley; jblackwell@seyfarth.com; ktruesdale@seyfarth.com; sfocalendar@seyfarth.com; shobrien@seyfarth.com; Gary Carlin; Andrew Jimenez; William B. Welden; Vincent Jackson; Bruce McGagin; Carrie Vue; Jamil Ghannam; Michael Devereux; Kathy Gurela; Marisol Garcia |
| **Subject:** | Re: Joint Rule 26(f) Report for Case No. 2:24-cv-05862-JLS-BFM |
| **Date:** | Wednesday, November 27, 2024 8:38:19 PM |

This message is directed to the Kaiser clients and their mignons who believe they are handlers. I want to make it devastatingly clear, that I Esther Atam is your handler.

I was sent to handle you all, not the other way around, you twisted fucks.

How many people have you murdered with your tactics??? My goal is to pop those egos.

The same way I irrtate the fuck out of you, is same drive I have to target those egos and utterly destroy it, pop it, damage it, annhaliate it.
After we are done, you will have no ego left.

You will then be forced to face your ugliness and do your shadow healing, fools.
Happy thanks giving!!

Yahoo Mail: Search, Organize, Conquer

On Wed, Nov 27, 2024 at 2:41 PM, natasha tendo
<natashchan1@yahoo.com> wrote:

> Also Michael,
> please bring this to court as well.
> Add to you exhibits or feel free to show the judge
> She cannot save you from the karma that will kill you.
> God clearly states touch not my anointed, and the punishment for fucking with me is DEATH.
> This is spiritual, not physical you useless rotted piece of garbage.
> You will die from a heart attack. Fact. This is not a threa....it will happen. I will keep the timeline to myself.
> No restraining order will save you :)

Yahoo Mail: Search, Organize, Conquer

On Wed, Nov 27, 2024 at 2:30 PM, natasha tendo
<natashchan1@yahoo.com> wrote:

> Michael,
> Are you afraid of me???
> Do you believe your client is afraid of me?
> Do you believe I will harm you?
> Do you believe I am moved by your impulsive actions???
> You are ordered to bring your racist rotten ass to court December 9, 2024.
> Other than that I give infinity fucks about your antics.
> You are about to find out exactly what you got yourself into.

Your 'cock defense' exhibits are irrelevant to this case.

God and I are watching you Michael.

Yahoo Mail: Search, Organize, Conquer