IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER TENDO ATAM, | NO. CV 24-5862-KK (AGR) |
| Plaintiffs, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF |
| v. | MAGISTRATE JUDGE |
| KAISER FOUNDATION HEALTH PLAN INC., et al., | |
| Defendants | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the Report.

     IT IS ORDERED as follows:

     1.     The Board of Registered Nursing, ("BRN"), Defendants' motion for judgment on the pleadings is granted as follows:

1

      a. without leave to amend as to (i) all federal claims against the BRN and Deputy Attorney General Gillian Friedman ("Friedman") (collectively, "BRN Defendants") in her official capacity under the Eleventh Amendment; (ii) all federal claims against Defendant BRN Executive Director Loretta Melby, ("Melby"), in her official capacity except for prospective injunctive relief; (iii) all damages claims for violation of the California Constitution; and (iii) all state law tort claims against the BRN Defendants.

      b. with leave to amend as to (i) federal official capacity claims against Defendant Melby for prospective injunctive relief; (ii) federal individual capacity claims against Defendants Melby and Friedman; and (iii) due process claims under the California Constitution against Defendants Melby and Friedman for relief other than damages, if any.

2. Plaintiff's motions to strike the answers of the BRN Defendants, the Kaiser Defendants, and Defendant Carlin are denied. Plaintiff's related request for sanctions is also denied.

3. Defendant Carlin's motion for sanctions under Fed. R. Civ. P. 11 is denied.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, bear the docket number assigned to this case, be labeled "First Amended Complaint," contain all of Plaintiff's claims that she wishes to assert against all defendants, and be complete in and of itself without reference to a prior complaint, attachment, exhibit, pleading, or other document.

If Plaintiff fails to file a timely First Amended Complaint, this action will proceed against the Kaiser Defendants (Kaiser Foundation Health Plan Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group) and Defendant Carlin.

1        This matter is referred back to the Magistrate Judge for further

2    proceedings.

3

4    DATED: _August 18, 2025_    _____

5                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28