# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER TENDO ATAM<br><br>PLAINTIFF(S),<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−05862−KK−AGR<br><br><br>**NOTICE OF REASSIGNMENT<br>OF CASE DUE TO UNAVAILABILITY<br>OF JUDICIAL OFFICER** |

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. ___Alka Sagar___, Magistrate Judge for:

all proceedings in accordance with General Order 05−07

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: ___2:24−cv−05862−KK−AS___. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

By: __/s/ *Rebeca D Olmos*__
Deputy Clerk

_May 26, 2026_
Date

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER