**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ESTHER TENDO ATAM,<br><br>                    Plaintiff,<br><br>     v.<br><br>KAISER   FOUNDATION   HEALTH<br>PLAN, INC., et. al.,<br><br><br>                    Defendants. | Case No. CV 24-05862-KK (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the  First Amended Complaint, all of the records herein, including the Report and Recommendation  of  United  States  Magistrate  Judge  Alicia Rosenberg  (Dkt.  No.  204)),  Plaintiff's  Original  and  Amended Objections  to  the  Magistrate  Judge's  Report  and  Recommendation (Dkt. Nos. 208, 210, "Objections"), and Plaintiff's Declaration in Support  of  her  Original  Objections  (Dkt.  No.  211).  Plaintiff's motion for leave to exceed page limitations nunc pro tunc regarding the objections (Dkt No. 209) is GRANTED.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of those portions of the Report to which Objections were directed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) Defendants Kaiser Foundation Health Plan, Kaiser Foundation Hospitals, and Southern California Permanente Medical Group's ("Kaiser Defendants") motion to dismiss is GRANTED WITH LEAVE TO FILE A SECOND AMENDED COMPLAINT; (2) Defendant Board of Registered Nursing, Executive Director Loretta Melby, and Deputy Attorney General Gillian Friedman's ("BRN Defendants") motion to dismiss is GRANTED WITHOUT LEAVE TO AMEND; (3) Defendant Carlin's motion to set aside entry of default is GRANTED; Defendant Carlin is ordered to file a response to the First Amended Complaint within fourteen (14) days of the date of this Order; (4) Plaintiff's motion for default judgment against Defendant Carlin is DENIED; and (5) Plaintiff's motion for summary judgment is DENIED.

Plaintiff may file a Second Amended Complaint consistent with the Report and Recommendation of United States Magistrate Judge no later than thirty (30) days from the date of this Order. Plaintiff is cautioned that any Amended Complaint may only include claims against the Kaiser Defendants and Defendant Carlin, and must be complete in itself without reference to any prior complaint or any

2

other document with respect to the claims against the Kaiser Defendants and Defendant Carlin, and may not add any new claims or new defendants without prior leave of the Court.

If Plaintiff does not file a Second Amended Complaint within thirty (30) days of the date of this Order, Plaintiff's remaining claims will be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: June 16, 2026

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

3