Rob Bonta
Attorney General of California
Jamil R. Ghannam
Supervising Deputy Attorney General
State Bar No. 300730
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7674
 Fax:  (916) 322-8288
 E-mail:  Jamil.Ghannam@doj.ca.gov
*Attorneys for Defendants State of California, by and
through the Board of Registered Nursing, Loretta
Melby and Gillian Friedman*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DISTRICT

| | |
|---|---|
| **ESTHER TENDO ATAM,** | Case No. 2:24-cv-05862-KK-AGR |
| Plaintiff, | **OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT** |
| v. | Fed. R. Civ. P. 59 |
| **KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, GILLIAN FRIEDMAN, LORETTA MELBY, THE BOARD OF REGISTERED NURSING AND GARY CARLIN,** | Date:       Not Noticed<br>Time:       Not Noticed<br>Courtroom:  550, 5th Floor<br>Judge:      The Honorable Kiya Kato |
| Defendants. | Trial Date:  TBD<br>Action Filed: 7/10/2024 |

Defendants State of California, by and through the Board of Registered Nursing (BRN), Loretta Melby and Gillian Friedman (BRN Defendants) submit this concise opposition to Plaintiff Esther Atam's motion to alter or amend judgment. (Doc. No. 213.) Plaintiff filed the motion seeking to vacate the court's order granting dismissal to BRN Defendants. (Doc. Nos. 204, 212.)

BRN Defendants were dismissed following resolution of a Rule 12(b)(6) motion but other defendants remain whose claims have not yet been litigated to

1

finality. "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the ***judgment***." Fed. R. Civ. P. 59(e) (emphasis added.) The Court has not entered final judgment in this action, thus, Plaintiff cannot vacate the order of dismissal in their favor under Rule 59(e). Plaintiff additionally cannot proceed under Rule 59(a) to try and seek re-trial of issues litigated concerning BRN Defendants because the Court can only grant a motion for new trial had trial in fact occurred. *See* Fed. R. Civ. P. 59(a). "This case was dismissed before any trial took place. Any request for a new trial is therefore not ripe." *Kareem v. F.D.I.C.*, 811 F. Supp. 2d 279, 283 (D.D.C. 2011).

Plaintiff must either litigate all her claims against all parties in this case to finality and then appeal if she wishes to revisit any issues concerning claims and allegations against BRN Defendants that have been dismissed without leave to amend[1], or obtain further determination from the District Court certifying her to appeal against the BRN Defendants prior to final judgment. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997).

Dated:  June 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

***/s/ Jamil R. Ghannam***

JAMIL R. GHANNAM
Supervising Deputy Attorney General
*Attorneys for Defendants State of California, by and through the Board of Registered Nursing, Loretta Melby and Gillian Friedman*

LA2024304086
39940022.docx

---

[1] BRN Defendants note that Plaintiff continues to assert claims and causes of action against them in her newly filed Second Amended Complaint at Doc. 214. As BRN Defendants have been dismissed without leave to amend, Plaintiff's amendments are in direct defiance of this Court's orders, are of null effect, and BRN Defendnats will not respond to the Second Amended Complaint.

2

# CERTIFICATE OF SERVICE

Case Name: **Atam v. Kaiser Foundation Health Plan, Inc., et al**   No.   **2:24-cv-05862-KK-AS**

I hereby certify that on June 30, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 30, 2026, at Fresno, California.

| C. Vue | */s/ C. Vue* |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 30, 2026, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Esther Tendo Atam
13621 Arcturus Avenue
Gardena, CA 90249

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 30, 2026, at Fresno, California.

| J. Carlton | */s/ J. Carlton* |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

LA2024304086
95723557.docx