UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-5862-KK (AS) | Date | July 7, 2026 |
|---|---|---|---|
| Title | *Esther Tendo Atam v. Kaiser Foundation Health Plan Inc., et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order DENYING Plaintiffs' *Ex Parte* Application for Administrative Relief  (Dkt. No. 219)**

Plaintiff's *Ex Parte* Application for Administrative relief, dated June 30, 2026, was entered on the court's docket on July 6, 2026. The Court, having reviewed the submission, DENIES the requested relief.

In order to justify *ex parte* relief, the moving party must establish (1) that its cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed procedures; and (2) that it is without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect.  See Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp. 488, 492 (C.D. Cal. 1995); see also Local Rule 37-3.  Plaintiff fails to meet this standard or demonstrate why the relief she seeks cannot be heard by regular noticed motion.

Accordingly, Plaintiff's *ex parte application* is DENIED.

**IT IS SO ORDERED.**

                                                            :   00
                                    Initials of Preparer    _____