FILED

CLERK, U.S. DISTRICT COURT

07/03/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____AF_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Esther Tendo Atam
13621 Arcturus Ave.
Gardena, CA 90249
Natashchan1@yahoo.com
Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ESTHER TENDO ATAM,

                    *Plaintiff*

        vs.

KAISER              FOUNDATION
HOSPITALS ET AL.,

                    *Defendants*

**Case No.:  2:24-cv-05862-KK-AS**

**DECLARATION OF
AUTHTENTICITY AND SUPPORT
OF AMENDED REQUEST FOR
JUDICIAL NOTICE IN SUPPORT
OF MOTION TO ALTER OR
AMEND JUDGMENT**

**DECLARATION OF AUTHENTICITY AND SUPPORT**

1.      I am the Plaintiff in the above-captioned matter. I am over the age of 18 and am fully competent to make this declaration. The facts stated herein are true

30

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)**

of my own personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

2.    I execute this declaration in support of my Amended Request for Judicial Notice pursuant to Federal Rule of Evidence 201.

3.    This amended filing is submitted to correct a narrative deficiency in my prior request. Specifically, the prior submission did not sufficiently detail or identify the precise adjudicative facts and text the Court is being requested to notice in regard to the text of public records. This declaration explicitly narrows and identifies those public facts to assist the Court.

**4.    Pursuant to Federal Rule of Evidence 201, I have reviewed the official, publicly available legislative and administrative texts of California Business and Professions Code ("BPC") Sections 820, 2708, and 2715, as well as Title 16 of the California Code of Regulations ("CCR") Section 1405.**

5.    Based upon my direct review of the official statutory language of BPC § 820 and 16 CCR § 1405, the text of these public records does not contain any provision authorizing the downward sub-delegation of independent BPC § 820 order approvals to subordinate employees.

6.    These legislative and administrative enactments are not subject to reasonable dispute because they are capable of immediate and accurate determination by resort to official legislative and administrative sources whose accuracy cannot reasonably be questioned.

7.    As set forth in **Exhibit 3**, Ms. Melby states under penalty of perjury that she did not author, review, or directly approve the petition and order for the Business and Professions Code (BPC) Section 820 examination issued against my Registered Nursing license. Ms. Melby further declares in that record that the order was instead approved by Chief Enforcement Officer Shannon Johnson.

8.    Amended Request **Exhibit 4** is a true and correct copy of the public record titled *Petition of Loretta Melby for Civil Harassment Restraining Order*, filed in the Superior Court of California, County of Sacramento, [Case No. 37-2023-00005213-.CU-HR-EC].

31

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)**

9.    In Exhibit 4, Loretta Melby states that she was personally involved in the revocation of my Registered Nursing license and that this action was taken as part of her official employment duties.

10.    The public records of the Board of Registered Nursing show that the BPC § 820 Exam Order and the subsequent default decision and order revoking my RN license were approved and signed by Chief Enforcement officer Shannon Johnson.

11.    Upon information and belief, Ms. Johnson lacked the requisite statutory and delegated authority to independently issue, execute, or finalize this disciplinary action. Consequently, because these actions were executed without lawful authority, the underlying administrative process was legally defective, resulting in an unauthorized revocation that violated my clearly established constitutional rights to due process.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 3 day of July, 2026, at Gardena California.

Dated: July 3, 2026
Respectfully submitted,

_____
ESTHER TENDO ATAM
Plaintiff, Pro Se

32

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)**